# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts  **Category No.** II  **Investigating Agency** ATF
**City:** Boston and elsewhere
**County:** Suffolk and elsewhere

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

## Defendant Information:
**Defendant Name:** Riccara MCKINNEY    Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
**Alias Name:**
**Address:**
**Birth date (Yr only):** 1995  **SSN (last 4#):** 0173  **Sex:** Female  **Race:** Black  **Nationality:**

**Defense Counsel if known:** _____   **Address:** _____
**Bar Number:**

## U.S. Attorney Information
**AUSA:** Sarah B. Hoefle   **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____
**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No
**Matter to be SEALED:** ☑ Yes ☐ No
☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**
**Arrest Date:**

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment
**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 2/12/2024   **Signature of AUSA:** SARAH HOEFLE
Digitally signed by SARAH HOEFLE
Date: 2024.02.12 12:03:52 -05'00'

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Riccara MCKINNEY

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1951 | Hobbs Act conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1343 | Wire fraud | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**